IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRYL GARNER, ET AL. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 12-5258 |
| VIST BANK d/b/a | : | |
| VIST FINANCIAL | : | |

**O R D E R**

**AND NOW**, this  20th  day of  December , 2013, it is **ORDERED** that Defendant VIST Financial Corp.'s Motion To Dismiss Plaintiffs' First Amended Complaint (ECF No. 12) is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**